NUMBER 13-01-467-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

IN RE: JAN RISIEN (F/K/A McBRIDE)

____________________________________________________________________


On petition for writ of mandamus 

____________________________________________________________________



O P I N I O N


Before Chief Justice Valdez and Justices Yanez and Castillo

Opinion Per Curiam

Relator, Jan Risien (f/k/a McBride), has filed a notice of nonsuit in this cause. In the notice, relator states that she no
longer desires to prosecute her petition for writ of mandamus. 

The Court, having considered the documents on file and relator's notice of nonsuit, is of the opinion that relator's petition
for writ of mandamus should be dismissed. Accordingly, relator's petition for writ of mandamus is DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 16th day of August, 2001 .